UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DIAMONDHEAD COUNTRY CLUB**
**AND PROPERTY OWNERS ASS'N, INC.**                                          **PLAINTIFF**

V.                                                   CIVIL ACTION NO.1:06CV1272 LTS-RHW

**TRANSCONTINENTAL INSURANCE COMPANY**
**and BANCORPSOUTH INSURANCE SERVICES, INC.**
**d/b/a STEWART SNEED HEWES**                                                **DEFENDANTS**

### JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED** and **ADJUDGED**

That the plaintiff's Motion To Dismiss Without Prejudice [16] is **GRANTED**; and

That this action is **DISMISSED WITHOUT PREJUDICE** and without taxation of costs.

**SO ORDERED** this 25th day of July, 2007.

                                        s/ L. T. Senter, Jr.
                                        L. T. SENTER, JR.
                                        SENIOR JUDGE